UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

A.H.,  )
    Plaintiff(s),  )
    vs.  )    Case No. 4:17-cv-02204
St. Louis Public School District,  )
    Defendant(s).  )

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff A.H.**, appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the **14th** day of **September**, 20**18**.

_____

/s/ Sarah Jane Hunt #63899
Signature

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT IN SUPPORT.  See Fed. R. App. 24(a).**