# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  18-3579
_____

A.H., by parent and next friend Ayanna Johnson

Plaintiff - Appellant

v.

St. Louis Public School District

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-02204-SNLJ)
_____

**JUDGMENT**

Appellant has not responded to the court's order entered 02/06/2019.  It is hereby ordered that this appeal is dismissed for failure to prosecute.  See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

March 12, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans